UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-FLINT

IN RE:

RAY G TALLERDAY,            Case No. 10-36277-DOF
LISA M TALLERDAY,           Honorable Daniel Opperman
                                           Chapter 13

     Debtor.
_____/

## CREDITOR'S MOTION TO DISMISS CASE

**NOW COMES** Gordon Fairbanks, a creditor in this matter, by and through his attorneys, MARRS & TERRY, PLLC and state as follows for the Motion to Dismiss:

1. The Debtors filed this Chapter 13 Bankruptcy on or about 11/29/2010 at 13:53.

2. The Debtors' completed their pre-filing credit counseling on 11/29/2010 at 10:44 Pacific Standard Time, or 13:44 Eastern Standard Time; nine minutes prior to filing this case.

3. Pursuant to 11 U.S.C. §109(h)(1) in order to be a debtor, a person must "… during the 180-day period **preceding the date of filing** of the petition by such individual, received from an approved nonprofit budget and credit counseling agency described in section 111(a) an individual or group briefing…" emphasis added.

4. Since the Debtors completed their credit counseling on the same day as they filed their case, they are not eligible to be debtors under the bankruptcy code. *In re Cole*, 347 B.R. 70 (E.D. Tenn. 2006).

5. Debtors' petition coversheet lists a prior chapter 7 case for Ray Tallerday, 04-04631, filed in the Western District of Michigan. Ray Tallerday's address in said case was listed as 2882 Baylis Dr., Ann Arbor, Michigan 48108. Presumably, venue was established by the fact that Mr. Tallerday owned real estate in the Western District of Michigan.

6. Debtors' petition coversheet fails to list a prior Chapter 13 case for Ray Tallerday filed in the Western District of Michigan, 02-07022-jcs, which was filed on June 20, 2002 and dismissed on September 9, 2002. Ray Tallerday's address in said case was listed as 220

East Huron #209, Ann Arbor, MI 48104. Presumably venue was established by the fact that Mr. Tallerday owned real estate in the Western District of Michigan.

7. In the instant case, the Debtor Wife resides in Chelsea, Michigan. On information and belief, the Debtor Husband either resides in Chelsea or moved from Chelsea recently.

8. Debtors' actions in manipulating venue in this and the husband's prior cases constitute bad faith.

9. Creditor, Gordon Fairbanks has a civil judgment for Legal Malpractice against the debtor, Ray Tallerday.

10. Gordon Fairbanks scheduled a creditor's examination in the Lenawee County Circuit Court for 2:30 p.m. on November 29, 2010.

11. Ray Tallerday was personally served with the subpoena thereby subjecting him to an arrest warrant if he failed to appear for the creditor's examination.

12. On Wednesday November 24, 2010, counsel for Gordon Fairbanks was approached by another attorney requesting an adjournment of the hearing to permit Mr. Tallerday time to file a bankruptcy.

13. On November 29, 2010, at approximately 9:30 am, counsel for Gordon Fairbanks called to discuss the adjournment with the other attorney. Gordon Fairbanks was unable to agree to the adjournment as a result of Mr. Tallerday's constant lack of participation in the legal malpractice case against him. Mr. Tallerday's counsel did not indicate that Mr. Tallerday planned to race to complete his credit counseling and file this case shortly before he was to appear in Court. Mr. Tallerday filed this case solely to eliminate his need to attend the creditor's examination. Additionally, Mr. Tallerday failed to inform counsel for Mr. Fairbanks of the filing; intending that counsel would needlessly drive from Ann Arbor to Adrian.

[space intentionally blank]

14. Debtors' filing of this case constitutes bad faith and is an abuse of the provisions of the bankruptcy code. 11 U.S.C. §707(b)(3).

**WHEREFORE**, the Debtor respectfully requests this Honorable Court dismiss Debtors' Bankruptcy case.

Respectfully submitted,

/s/ Jeffrey G. Bennett
Jeffrey G. Bennett (P43946)
MARRS & TERRY, PLLC
Attorneys for Debtor
6553 Jackson Rd.
Ann Arbor, MI 48103
mandtecf@gmail.com

Dated: November 29, 2010

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-FLINT

IN RE:

RAY G TALLERDAY,  Case No. 10-36277-DOF
LISA M TALLERDAY,  Honorable Daniel Opperman
　　　　　　　　　　　　　　　Chapter 13

　　　Debtor.
_____/


**ORDER GRANTING**
**CREDITOR'S MOTION TO DISMISS CASE**

This matter having come before the Court upon Motion by Creditor Gordon Fairbanks, and all interested parties having been served with notice of motion, no objections to the motion having been received and a certification of no response having been filed, and the Court being otherwise fully advised in the premises;

　　　IT IS HEREBY ORDERED this case is DISMISSED.

　　　　　　　　　　　"Exhibit A"

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-FLINT

IN RE:

RAY G TALLERDAY,                  Case No. 10-36277-DOF
LISA M TALLERDAY,               Honorable Daniel Opperman
                                                 Chapter 13

       Debtor.
_____/

## NOTICE OF MOTION

Gordon Fairbanks has filed papers with the court to Dismiss Case

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to Dismiss Case, or if you want the court to consider your views on the motion within 14 days, you or your attorney must:

1.             File with the court a written response or an answer, explaining your position at:[1]

**United States Bankruptcy Court**
226 West Second Street
Flint, Michigan 48502

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

You must also mail a copy to:
Jeffrey G. Bennett            Carl Bekofske
Marrs & Terry, PLLC        Chapter 13 Trustee
6553 Jackson Road           400 N. Saginaw, Ste. 331
Ann Arbor, MI 48103         Flint, MI 48502

2.             If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

Date: November 29, 2010                               /s/ Jeffrey G. Bennett
                                                                       Jeffrey G. Bennett (P43946)
                                                                        Marrs & Terry, PLLC
                                                                        6553 Jackson Road
                                                                        Ann Arbor, MI 48103
                                                                        734/663-0555
                                                                        mandtecf@gmail.com

---

[1]Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e)