# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN (FLINT)

IN THE MATTER OF:

RAY G. TALLERDAY  Case No. 10-36277
LISA M. TALLERDAY  Honorable Daniel S. Opperman
 Chapter 13

    Debtor(s)
_____/

## RESPONSE TO CREDITOR'S MOTION TO DISMISS

In response to Creditor's Motion to Dismiss, debtor's state as follows:

1. Admit.
2. Admit.
3. Admit.
4. Deny as untrue.
5. Admit.
6. Admit.
7. Deny as untrue .
8. Deny as untrue.
9. Admit.
10. Admit.
11. Admit.
12. Admit.
13. Deny as untrue.
14. Deny as untrue.

WHEREFORE, Debtors request that the motion be denied.

Dated: December 13, 2010

*/s/ Ray G. Tallerday*
Ray G. Tallerday
In Pro Per

*/s/ Lisa M. Tallerday*
Lisa M. Tallerday
In Pro Per