UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION-FLINT

IN THE MATTER OF:
DEBTOR (S) Ray G Tallerday Lisa M Tallerday

Case No: 10-36277-DOF
CHAPTER 13 PROCEEDINGS
JUDGE DANIEL OPPERMAN

ATTORNEY: Ray G Tallerday
DATE FILED: 11/29/10
CLAIMS BAR DATE: 03/21/11
CONFIRMATION DATE: 01/11/11

**TRUSTEE'S OBJECTION TO CONFIRMATION**

- [x] First Payment has not posted  ☐ Plan is unfeasible  ☐ Payment Order has not been filed
- ☐ Plan does not meet Best interest test
- ☐ Plan does not meet Means test: ☐ must be a 60 month ☐ must pay $ _____ to unsecured or affidavit required.
- ☐ DSO Certificate will be required at Confirmation  ☐ Increase dividend to unsecured creditors to at least 10%
- ☐ Reconcile net income on schedule J with Plan payment
- [x] Amend Plan to provide/clarify treament for: Amend Plan to show tax returns have not been filed.
- ☐ Amend Plan to pay the following through Trustee's Office
- [x] Amend Schedules for the following: Amend Schedule I for spouse's income.
- ☐ Trustee objects to disposable income and requests verfication or amendment to the following budget items:

- [x] Trustee objects to the payment of: $3,000 attorney fee to the Debtor.
- [x] Exemptions are not: Amend to list Chelsea property and provide copy of deed.

Provide the following to the Trustee by _____:
- [x] Tax Return  [x] 60 days of pay stubs  [x] titles to: vehicles  06 Saab, 02 Ford  ☐ recorded mortgages
- [x] business's budget  ☐ amortization schedule for _____

OCP to state the following:
- ☐ 100% of tax refunds  ☐ 100% to unsecured creditors
- ☐ Stay is lifted as to _____
- ☐ Plan payments shall increase by $ _____ in _____

Other issues: Provide 6 months personal and business bank account statements. Amend CMI for correct income.
File all tax returns due and provide 2009 tax return to Trustee. Provide copy of Saab lease agreement.

**NATURE OF THE PLAN**-The Trustee interprets the nature of the Plan to be:
- [x] Percentage  7 % to unsecured or  36  months from confirmation-whichever is the greater dividend
- ☐ Base Plan-completed upon the Trustee receiving $ _____ in addition to the receipts prior to confirmation.
   Estimated % to unsecured is _____ % in (_____) months.

**Confirmation recommended**  ☐ Yes _____ % in _____ months  [x] No

WHEREFORE, unless the above terms are satisfied, the Chapter 13 Trustee requests that this Honorable Court deny confirmation of the Debtor's (s') Plan, dismiss this case, allow an administrative expense of $100.00 to the Trustee and provide other relief as is just.

/s/ Carl L. Bekofske

Dated: December 23, 2010

Sara

Carl L. Bekofske, Standing Chapter 13 Trustee
400 N. Saginaw St. Ste 331., Flint, MI 48502
(810) 238-4675   ECF@flint13.com
P-10645

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION-FLINT

IN THE MATTER OF:  
DEBTOR (S)  Ray G Tallerday Lisa M Tallerday

Case No: 10-36277-DOF  
CHAPTER 13 PROCEEDINGS  
JUDGE DANIEL OPPERMAN

**CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2010, electronically filed the Chapter 13 Trustee's Objection to Confirmation with the Clerk of the Court using the ECF system; which will send notification of such filing to the following:

Ray G Tallerday  
bankruptcyclinic@gmail.com

And I hereby certify that I have mailed by United States Postal Service the Paper(s) to the following non-ECF participants:

/s/ Karen Newman  
Carl L. Bekofske, Standing Chapter 13 Trustee  
400 N. Saginaw St. Ste 331., Flint, MI 48502  
(810) 238-4675  
Email: ECF@flint13.com