UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: RAY G. TALLERDAY, and          Chapter 13
       LISA M. TALLERDAY,             File No. 10-36277
           Debtors.                   Judge Daniel Opperman

### MOTION TO DISMISS FOR FAILURE TO FILE TAX RETURNS

THE UNITED STATES OF AMERICA, by and through its attorneys, United States Attorney Barbara L. McQuade, for the Eastern District of Michigan, and Assistant U.S. Attorney Julia A. Caroff, on behalf of the Internal Revenue Service (IRS), moves for dismissal of this Chapter 13 proceeding, pursuant to 11 U.S.C. §§1307(e) and 1308 for debtors' failure to file pre-petition income tax returns. In compliance with LBR 9014-1(g), undersigned counsel sought concurrence from the debtor, who is appearing in pro per, on January 4, 2011. After a conversation, the debtor declined to concur.

A proposed order is attached as Exhibit 1.

In support of the relief requested, the United States alleges:

1.     On November 29, 2010, the debtors filed a petition seeking relief under Chapter 13 of the Bankruptcy Code.

2.     The IRS timely filed a Proof of Claim on or about December 23, 2010. The Proof of Claim sets forth a priority claim of $29,825.70, consisting of estimated liabilities for the debtors' 2004 through 2009 federal income tax returns, as they have failed to file

1

these returns. Mr. Tallerday has unfiled returns for tax years 2000, 2003 through 2009. Mrs. Tallerday has unfiled returns from 2004 through 2009.

3. The debtors' meeting of creditors was held on December 21, 2010 and continued to January 18, 2011. The debtors were required to file their numerous delinquent pre-petition tax returns one day before their meeting of creditors as required by 11 U.S.C. §1308. The debtors have failed to file these returns and their case should be dismissed. 11 U.S.C. §1307(e).

WHEREFORE, the United States respectfully requests that the debtors' case be dismissed.

Respectfully submitted,

BARBARA L. McQUADE
Dated: January 4, 2011                         United States Attorney


 s/Julia A. Caroff
JULIA A. CAROFF
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
Phone: (313) 226-9772
E-mail: Julia.Caroff@usdoj.gov
Penna. Bar No. 37949